UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW WEISS,<br><br>                Plaintiff,<br><br>       v.<br><br>CAVALRY SPV I LLC, a Delaware limited liability company,<br><br>                Defendant. | No.   2:19-cv-00190-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 24, 2019, the parties filed a stipulated dismissal, ECF No. 6. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 6**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

1  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2  provide copies to all counsel.

3      **DATED** this 26th day of September 2019.

4  _____
   SALVADOR MENDOZA, JR.

5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20